■ SHUMIN ZHAO, Respondent, v LIJUN LI, Appellant. [750 NYS2d 856] —Order, Supreme Court, New York County (Marjory Fields, J.), entered August 2, 2001, insofar as appealed from, granting plaintiff a divorce on the ground of cruel and inhuman treatment, unanimously affirmed, without costs.

Plaintiff's testimony demonstrated frequent and persisting serious misconduct, including spreading false rumors of extramarital affairs, that affected plaintiff's physical and mental health, including loss of sleep and nervousness that caused him to lose his job, and was otherwise sufficient to warrant a finding of cruel and inhuman treatment, notwithstanding the lack of medical evidence (*see Ridley v Ridley*, 275 AD2d 941; *Miller v Xiao Mei*, 295 AD2d 144). Concur—Nardelli, J.P., Tom, Ellerin, Friedman and Marlow, JJ.

■ RENEE S. COURTNEY, Respondent, v DUO COLONY FUEL CORP. et al., Appellants. [751 NYS2d 732] —Appeal from order, Supreme Court, New York County (Milton Tingling, J.), entered July 18, 2002, to the extent that said order directed defendants to supply the statement of a nonparty witness, unanimously dismissed, without costs.

The subject order is not appealable as of right because it does not decide a motion made upon notice (*see* CPLR 5701 [a] [2]; *Daniels v City of New York*, 291 AD2d 260), and we dismiss the appeal. Concur—Nardelli, J.P., Tom, Ellerin, Friedman and Marlow, JJ.